No. 839. UNITED STATES *v.* BUILDING & CONSTRUCTION TRADES COUNCIL ET. AL..

April 7, 1941. *Per Curiam:* The judgment is affirmed. *United States* v. *Hutcheson,* 312 U. S. 219. MR. JUSTICE MURPHY took no part in the consideration or decision of this case. *Solicitor General Biddle* and *Mr. James C. Wilson* for the United States. *Mr. Joseph A. Padway* for the Building & Construction Trades Council et al., and *Messrs. Joseph O. Carson II, Thomas E. Kerwin, Joseph O. Carson,* and *Charles H. Tuttle* for the United Brotherhood of Carpenters & Joiners et al., appellees.

No. 840. UNITED STATES *v.* UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA ET AL.

April 7, 1941. *Per Curiam:* The judgment is affirmed. *United States* v. *Hutcheson,* 312 U. S. 219. MR. JUSTICE MURPHY took no part in the consideration or decision of this case. *Solicitor General Biddle* and *Messrs. Leo F. Tierney* and *J. Albert Woll* for the United States. *Messrs. Joseph O. Carson II, Thomas E. Kerwin, Joseph O. Carson,* and *Charles H. Tuttle* for appellees.